Peter Dubowsky, Esq.
Nevada Bar No. 4972
DUBOWSKY LAW OFFICE, CHTD.
330 South Third Street
Suite 680
Las Vegas, Nevada 89101
(702) 360-3500
Fax (702) 360-3515
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DALE DUBOIS | Case No.: 2:13-CV-00985-MMD-VCF |
| Plaintiff, | |
| vs. | |
| ADMIN. RECOVERY, LLC; and Does 1-10, inclusive | |
| Defendants | |

**<u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND ON THE MERITS</u>**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiff and Defendant, in the above-entitled action, that whereas neither the Plaintiff nor the Defendant are an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, dismissed with prejudice and on the merits, without costs or fees to either Plaintiff or Defendant as against the other.  In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stated that the terms of this Stipulation involves a full settlement of any and all claims, counterclaims, cross-claims, and third party claims for good and mutual consideration

exchanged among the parties.  This Stipulation may be filed without further notice with the Clerk of the Court.

| DUBOWSKY LAW OFFICE, CHTD. | HAINES & KRIEGER, LLC |
|---|---|
| Dated:  March 11, 2014 | Dated:  March 11, 2014 |
| By: /s/Peter Dubowsky | By: /s/David Krieger |
| Peter Dubowsky, Esq.<br>330 South Third Street, Suite 680<br>Las Vegas, NV 89101<br>*Attorney for Defendant* | David Krieger, Esq.<br>8985 South Eastern Avenue<br>Henderson, Nevada 89123<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED**

_____
UNITED STATES ~~MAGISTRAT~~E JUDGE

Dated:_____
Case No.: 2:13-CV-00985-MMD-VCF