Peter Dubowsky, Esq.
Nevada Bar No. 4972
DUBOWSKY LAW OFFICE, CHTD.
330 South Third Street
Suite 680
Las Vegas, Nevada 89101
(702) 360-3500
Fax (702) 360-3515
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DALE DUBOIS | Case No.: 2:13-CV-00985-MMD-VCF |
| Plaintiff, | |
| vs. | |
| ADMIN. RECOVERY, LLC; and Does 1-10, inclusive | |
| Defendants | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND ON THE MERITS**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiff and Defendant, in the above-entitled action, that whereas neither the Plaintiff nor the Defendant are an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, dismissed with prejudice and on the merits, without costs or fees to either Plaintiff or Defendant as against the other.  In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stated that the terms of this Stipulation involves a full settlement of any and all claims, counterclaims, cross-claims, and third party claims for good and mutual consideration

- 1

1  exchanged among the parties.  This Stipulation may be filed without further notice with the

2  Clerk of the Court.

3  DUBOWSKY LAW OFFICE, CHTD.                    HAINES & KRIEGER, LLC

4  Dated:   March 11, 2014                                    Dated:   March 11, 2014

6  By:  /s/Peter Dubowsky                                     By:  /s/David Krieger
        Peter Dubowsky, Esq.                                       David Krieger, Esq.
7       330 South Third Street, Suite 680                          8985 South Eastern Avenue
        Las Vegas, NV 89101                                        Henderson, Nevada 89123
8       *Attorney for Defendant*                                   *Attorneys for Plaintiffs*

10 **IT IS SO ORDERED**

                                                               _____
                                                               UNITED STATES ~~MAGISTRAT~~E JUDGE

                                                               Dated:_____
                                                               Case No.: 2:13-CV-00985-MMD-VCF